DAYLE ELIESON
United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
brandon.jaroch@usdoj.gov

Attorney for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-mj-308-GWF |
| Plaintiff, | Stipulation to Continue Preliminary Hearing Date (Second Request) |
| vs. | |
| LONNIE JONES, | |
| Defendants. | |

   IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, BRANDON C. JAROCH, Assistant United States Attorney, counsel for the United States of America and BRENDA WEKSLER, counsel for the defendant LONNIE JONES:

   THAT THE PRELIMINARY HEARING CURRENTLY SCHEDULED FOR May 1, 2018, at 4:00 p.m., before Magistrate Judge George Foley, Jr., be vacated and set to a time convenient for the Court, but no later than 30 days from the current setting.

This Stipulation is entered into for the following reasons:

1. Government counsel will be out of the district at a training course the week of the scheduled preliminary hearing.

2. The defense counsel is still reviewing discovery and needs additional time to prepare for either a preliminary hearing or pre-indictment plea negotiations.

3. The defendant is incarcerated and does not object to a continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. This is the second request for a continuance of the preliminary hearing.

Dated this 23rd day of April, 2018.

                    Respectfully Submitted,

                    DAYLE ELIESON
                    United States Attorney

                    */s/ Brandon C. Jaroch*
                    BRANDON C. JAROCH
                    Assistant United States Attorney

                    */s/ Brenda Weksler*
                    BRENDA WEKSLER, AFPD
                    Counsel for JONES

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>LONNIE JONES,<br><br>　　　Defendant. | Case No.: 2:18-mj-308-GWF<br><br>Stipulation to Continue Preliminary Hearing Date (Second Request) |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the Preliminary Hearing, currently scheduled for May 1, 2018, at 4:00 p.m., be vacated and continued to __June 4, 2018__, at __4:00__ p.m.

DATED this __24__ day of April, 2018.

_____
HONORABLE GEORGE FOLEY, Jr.
UNITED STATES MAGISTRATE JUDGE

3