RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Lonnie Jones

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LONNIE JONES,<br><br>　　　　　Defendant. | Case No. 2:18-cr-178-JAD-PAL<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Brandon Jaroch, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brenda Weksler, Assistant Federal Public Defender, counsel for Lonnie Jones, that the Sentencing currently scheduled on September 17, 2018 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1. Counsel for defense was unable to schedule the Pre-Sentence Investigation interview during the weeks following the change of plea as a result of being away from the office due to medical and annual leave. The Department of Probation requested additional time to complete

the interview so that it could be disclosed to the Court within the time limitations provided by the federal and local rules of criminal procedure.

2. Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 25th day of June, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Brenda Weksler*<br>By_____<br>BRENDA WEKSLER<br>Assistant Federal Public Defender | */s/ Brandon Jaroch*<br>By_____<br>BRANDON JAROCH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

LONNIE JONES,

    Defendant.

Case No. 2:18-cr-178-JAD-PAL

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing currently scheduled on September 17, 2018 at the hour of 11:00 a.m., be vacated and continued to November 19, 2018, at the hour of 10:00 a.m.

DATED this 26th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE