

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-178-JAD-(PAL) |
| Plaintiff, | |
| v. | Final Order of Forfeiture |
| LONNIE JONES, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) with Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) with Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1), 853(a)(2), and 853(p); Title 21, United States Code, Section 881(a)(6) with Title 28, United States Code, 2461(c); and Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant Lonnie Jones to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegations of the Criminal Information and shown by the United States to have the requisite nexus to the offenses to which defendant Lonnie Jones pled guilty. Criminal Information, ECF No. 19; Plea Agreement, ECF No. 21; Preliminary Order of Forfeiture, ECF No. 22; Change of Plea, ECF No. 23.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 22, 2018, through July 21, 2018, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 27.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) with Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) with Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1), 853(a)(2), and 853(p); Title 21, United States Code, Section 881(a)(6) with Title 28, United States Code, 2461(c); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    1. 2016 Gray Dodge Charger, NV Temp LP: NW-038-477, VIN: 2C3CDXCT8GH226619;

2. Beretta, Model 21A, 25 caliber semi-auto handgun, bearing serial number DAA371996;
3. $3,121; and
4. any and all ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this 3rd day of Dec., 2018.

_____
UNITED STATES DISTRICT JUDGE